

1  DARRELL D. DENNIS
   Nevada Bar No. 06618
2  Darrell.Dennis@lewisbrisbois.com
   CHRISTOPHER A. ELSEE
3  Nevada Bar No. 13333
   Christopher.Elsee@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendants*
7  *Byers Industrial Services, LLC And*
   *Gavin Andrew Payne*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL L. DEPIERRO, an individual; and FRANCES ELLEN STELLA, individually, | CASE NO.:  2:22-cv-02053-ART-VCF |
| Plaintiffs, vs. | **STIPULATION TO EXTEND DISCOVERY DEADLINES IN COMPLIANCE WITH LR-26-3** (Second Request) |
| BYERS INDUSTRIAL SERVICES, LLC., a Foreign Limited Liability Company; GAVIN ANDREW PAYNE, an individual; DOES 1 through 20; ROES Corporations 1 through 10 and ROE Domestic Corporations, 1 through 10, inclusive, | |
| Defendants. | |

Defendants BYERS INDUSTRIAL SERVICES, LLC and GAVIN ANDREW PAYNE, and Plaintiffs PAUL L. DEPIERRO and FRANCES ELLEN STELLA, by and through their counsel of record LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate to extend discovery deadlines and trial 90 days.  This request is made according to LR-26-3.

In support of this Stipulation and Request, the parties state as follows:

**I.   DISCOVERY WHICH HAS BEEN COMPLETED TO DATE**

The parties have conducted the following discovery to date:

1. The parties participated in the Early case Conference and attended the mandatory NRCP 16.1 conference.

2. The parties have served their NRCP 16.1 disclosures and supplements.

134876153.1

3. The parties have served and responded to written discovery.

4. Both Plaintiffs have been deposed.

## II. DISCOVERY WHICH REMAINS TO BE CONDUCTED

The parties agree that the following discovery must be completed:

1. Any necessary additional written discovery

2. Depositions of Defendants

3. Expert retention

4. Independent Medical Examinations

5. Depositions of experts

6. Depositions of any other relevant individuals

7. Any additional discovery required

## III. CURRENT DISCOVERY AND TRIAL SCHEDULE

The Scheduling and Trial Order on this matter provides the following deadlines:

1. Deadline to Complete Discovery:              05/16/2024

2. Deadline for Initial Expert Disclosures:     03/18/2024

3. Deadline for Rebuttal Expert Disclosures:    04/16/2024

4. Deadline for Dispositive Motions:            06/18/2024

5. Parties shall file Joint Pretrial Order:    07/16/2024

## IV. REASONS WHY THE PROPOSED DISCOVERY WILL NOT BE COMPLETED PRIOR TO THE EXPIRATION OF THE CURRENT DISCOVERY DEADLINE:

The parties are diligently pursuing discovery. Both Plaintiffs require an Independent Medical Exam and Defense counsel has contacted multiple experts since the new year began. Unfortunately, all responses have been that experts are backed up, and thus the medical exams cannot be scheduled prior to expert deadlines in March. Additionally, Defendants' depositions need to be scheduled. Therefore, the parties need an extension of time to facilitate additional discovery, retention of experts, conduct a rule 35 examination and, potentially, settlement discussions.

///

///

134876153.1

## V. PROPOSED PLAN FOR COMPLETING DISCOVERY

The parties request that the following discovery deadlines be extended as follows:

| Task | Old Discovery Deadline | Proposed Discovery Deadline |
|---|---|---|
| Deadline to Complete Discovery | 05/16/2024 | 08/14/2024 |
| Deadline for Initial Expert Disclosures | 03/18/2024 | 06/17/2024 |
| Deadline for Rebuttal Expert Disclosures | 04/16/2024 | 07/15/2024 |
| Deadline for Dispositive Motion | 06/18/2024 | 09/16/2024 |

## VI. THE CURRENT TRIAL DATE

No trial date is currently set. This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties for the purposes of facilitating meaningful discovery, exploring settlement, and trying the case on its merits. The parties may also explore alternative dispute resolution.

DATED this 22nd day of January, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Christopher A. Elsee

CHRISTOPHER A. ELSEE, ESQ.
Nevada Bar No. 13333
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 22nd day of January, 2024.

PACIFIC WEST INJURY LAW

/s/ Kirill Mikhaylov

KIRILL MIKHAYLOV, ESQ.
Nevada Bar No. 13538
6830 S. Rainbow Blvd., Ste. 200
Las Vegas, NV 89118
*Attorney for Plaintiffs*



134876153.1

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the discovery deadline schedule shall be as follows:

| Task | Old Discovery Deadline | Proposed Discovery Deadline |
|---|---|---|
| Deadline to Complete Discovery | 05/16/2024 | 08/14/2024 |
| Deadline for Initial Expert Disclosures | 03/18/2024 | 06/17/2024 |
| Deadline for Rebuttal Expert Disclosures | 04/16/2024 | 07/15/2024 |
| Deadline for Dispositive Motion | 06/18/2024 | 09/16/2024 |

DATED this  25th  day of  January , 2024.

_____
US MAGISTRATE JUDGE

Respectfully Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Christopher A. Elsee

CHRISTOPHER A. ELSEE
Nevada Bar No. 13333
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

134876153.1