LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
Laureen.Frister@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Defendants Byers Industrial Services, LLC and Gavin Andrew Payne*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL L. DEPIERRO, an individual; and FRANCES ELLEN STELLA, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> BYERS INDUSTRIAL SERVICES, LLC., a Foreign Limited Liability Company; GAVIN ANDREW PAYNE, an individual; DOES 1 through 20; ROES Corporations 1 through 10 and ROE Domestic Corporations, 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:22-cv-02053-ART-MDC <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER** <br><br> **FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order in the above-captioned case by thirty (30) days to November 13, 2024.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties are currently discussing the possibility of mediation and require additional time. Additionally, Defendants' prior counsel, Steven Devney, Esq., unfortunately became incapacitated and took a sudden leave of absence in September 2024. Thus, Defendants' current counsel, Laureen P. Frister, Esq., needs additional time to become familiar with this matter and take over for Mr. Devney. As such, the parties

147031051.3

respectfully request additional time to prepare and submit a Joint Pretrial Order.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file the Joint Pretrial Order by thirty (30) days from the current deadline of October 14, 2024 to November 13, 2024.

| DATED this 11th day of October, 2024. | DATED this 11th day of October, 2024. |
|---|---|
| PACIFIC WEST INJURY LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Kirill Mikhaylov<br>KIRILL MIKHAYLOV, ESQ.<br>Nevada Bar No. 13538<br>*Attorney for Plaintiffs* | /s/ Laureen P. Frister<br>LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorney for Defendants* |

## ORDER

**IT IS SO ORDERED.**

Dated this  15th  day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Laureen P. Frister
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
*Attorney for Defendants*



147031051.3