LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
Laureen.Frister@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Defendants Byers Industrial Services, LLC and Gavin Andrew Payne*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL L. DEPIERRO, an individual; and FRANCES ELLEN STELLA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BYERS INDUSTRIAL SERVICES, LLC., a Foreign Limited Liability Company; GAVIN ANDREW PAYNE, an individual; DOES 1 through 20; ROES Corporations 1 through 10 and ROE Domestic Corporations, 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02053-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order in the above-captioned case by sixty (60) days to January 13, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties have a mediation set with the Hon. Jackie Glass (Ret.) on December 20, 2024. In light of mediation and to conserve costs, the parties seek additional time to submit their Joint Pretrial Order.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file the Joint Pretrial Order by sixty (60) days from the current deadline of

148764795.1

November 13, 2024 to January 13, 2025.

| DATED this 13th day of November, 2024. | DATED this 13th day of November, 2024. |
|---|---|
| PACIFIC WEST INJURY LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Kirill Mikhaylov<br>KIRILL MIKHAYLOV, ESQ.<br>Nevada Bar No. 13538<br>*Attorney for Plaintiffs* | /s/ Laureen P. Frister<br>LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorney for Defendants* |

## ORDER

**IT IS SO ORDERED. For good cause show, the Stipulation is GRANTED**

Dated this __18th__ day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Laureen P. Frister
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
*Attorney for Defendants*

148764795.1