LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
Laureen.Frister@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Defendants Byers Industrial Services, LLC and Gavin Andrew Payne*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL L. DEPIERRO, an individual; and FRANCES ELLEN STELLA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BYERS INDUSTRIAL SERVICES, LLC., a Foreign Limited Liability Company; GAVIN ANDREW PAYNE, an individual; DOES 1 through 20; ROES Corporations 1 through 10 and ROE Domestic Corporations, 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02053-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order in the above-captioned case by thirty (30) days to February 12, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

The parties attended a mediation with the Hon. Jackie Glass (Ret.) on December 20, 2024. The parties were unable to resolve the matter, but agreed to return for a second mediation. A second mediation is anticipated in early February 2025. In light of mediation and to conserve costs, the parties seek additional time to submit their Joint Pretrial Order.

WHEREFORE, the parties respectfully request that this Court extend the time for

151196928.1

the parties to file the Joint Pretrial Order by thirty (30) days from the current deadline of January 13, 2025 to February 12, 2025.

| DATED this 16th day of January, 2025. | DATED this 16th day of January, 2025. |
|---|---|
| PACIFIC WEST INJURY LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Kirill Mikhaylov<br>KIRILL MIKHAYLOV, ESQ.<br>Nevada Bar No. 13538<br>*Attorney for Plaintiffs* | /s/ Laureen P. Frister<br>LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorney for Defendants* |

## ORDER

IT IS SO ORDERED.

Date: 1-17-25.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Laureen P. Frister
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
*Attorney for Defendants*

151196928.1