LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
Laureen.Frister@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Defendants Byers Industrial Services, LLC and Gavin Andrew Payne*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL L. DEPIERRO, an individual; and FRANCES ELLEN STELLA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BYERS INDUSTRIAL SERVICES, LLC., a Foreign Limited Liability Company; GAVIN ANDREW PAYNE, an individual; DOES 1 through 20; ROES Corporations 1 through 10 and ROE Domestic Corporations, 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02053-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE THE JOINT PRETRIAL ORDER**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the Joint Pretrial Order in the above-captioned case by one hundred twenty (120) days from February 12, 2024 to June 12, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

First, the parties previously agreed to conduct the deposition of Plaintiffs' surgeon, Michael Elkanich, M.D. after the close of discovery. Defendants properly noticed and set Dr. Elkanich's deposition for January 25, 2025. Pursuant to a Subpoena, Dr. Elkanich was to provide his entire job file in advance of the deposition, and no later than January 13, 2025. On January 16, 2025, Dr. Elkanich's deposition was vacated as he failed to provide

154482046.1

his job file in compliance with the Subpoena. Additional time is needed to obtain Dr. Elkanich's job file and conduct his deposition.

Second, Plaintiff Paul L. DePierro ("DePierro") and Plaintiff Frances Ellen Stella ("Stella") (collectively "Plaintiffs") have decided to proceed with surgery with Dr. Elkanich. Additional time is needed to allow Plaintiffs to undergo and recover from surgery. Moreover, additional time is needed to allow Defendants to obtain records of their recent and upcoming treatment.

Third, the parties have agreed to attend a second mediation with the Hon. Jackie Glass (Ret.) on May 30, 2025. In light of mediation and to conserve costs, the parties seek additional time to submit their Joint Pretrial Order.

Moreover, DePierro and Stella have been recommended to undergo cervical and lumbar surgeries. DePierro was preparing to undergo the cervical surgery but Stella now requires a knee surgery, which is currently scheduled for March 28, 2025. DePierro is holding off on his surgery to care for Stella as she recovers from knee surgery.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file the Joint Pretrial Order by one hundred twenty (120) days from February 12, 2024 to June 12, 2025.

| DATED this 28th day of March, 2025. | DATED this 28th day of March, 2025. |
|---|---|
| PACIFIC WEST INJURY LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/  Kirill Mikhaylov<br>KIRILL MIKHAYLOV, ESQ.<br>Nevada Bar No. 13538<br>*Attorney for Plaintiffs* | /s/  Laureen P. Frister<br>LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorney for Defendants* |

## ORDER

**IT IS SO ORDERED.**

Dated  4-1-25.

_____
UNITED STATES MAGISTRATE JUDGE

154482046.1

1 | Respectfully submitted by:
2 | LEWIS BRISBOIS BISGAARD & SMITH LLP
3 |
4 | /s/ Laureen P. Frister
    LAUREEN P. FRISTER, ESQ.
5 | Nevada Bar No. 13217
    *Attorney for Defendants*

154482046.1