# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAUL L. DEPIERRO, an individual; and FRANCES ELLEN STELLA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>BYERS INDUSTRIAL SERVICES, LLC., a Foreign Limited Liability Company; GAVIN ANDREW PAYNE, an individual; DOES 1 through 20; ROES Corporations 1 through 10 and ROE Domestic Corporations, 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-02053-ART-MDC<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff PAUL L. DEPIERRO, Plaintiff FRANCES ELLEN STELLA, Defendant BYERS INDUSTRIAL SERVICES, LLC, and Defendant GAVIN ANDREW PAYNE, and their respective counsel of record, that the above-entitled action shall be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

///

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

134381899.1

IT IS FURTHER STIPULATED AND AGREED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

| DATED this 8th day of JULY, 2025. | DATED this 9 day of JULY, 2025. |
|---|---|
| PACIFIC WEST INJURY LAW | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ _____ for 13348<br>KIRILL MIKHAYLOV, ESQ.<br>Nevada Bar No. 13538<br>*Attorney for Plaintiffs* | /s/      Laureen P. Frister<br>LAUREEN P. FRISTER, ESQ.<br>Nevada Bar No. 13217<br>*Attorney for Defendants* |

### ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same is hereby, dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that jury fees deposited by the parties, be returned, if applicable.

_____
Anne R. Traum
United States District Judge

DATE: <u>July 9, 2025</u>

134381899.1